# United States Bankruptcy Court
## Northern District of Illinois

In re    **Readus Sago**    Case No. **08-26714**
          Debtor                   Chapter **13**

### AFFIDAVIT

I, Readus Sago, state on oath the following:

1. That I am the debtor in Bankruptcy Case Number 08-26714, which was filed on October 6, 2008.

2. That within one year of filing our current Chapter 13 case, my prior Chapter 13 case (filed on December 15, 2006 as Bankruptcy Case Number 06-16654), was dismissed on May 30, 2008, for failure to make plan payments.

3. Before my prior case was dismissed, my wife and I separated, causing a disruption in payment of my bills, including monthly trustee payments, and my wife no longer contributed toward the monthly expenses, such that I could no longer afford trustee payments in my prior case.

4. That since my prior case was dismissed, my financial circumstances have positively changed as follows:

    a. In the prior case, my net monthly household income was $6,703.51 and my net monthly household expenses were scheduled as $3,753.51.

    b. Since my prior case was dismissed, my wife no longer lives in the household as we are separated, and my son no longer lives in the household since he has reached adulthood, significantly reducing my household expenses, and my financial condition has stabilized.

    c. In my new case, my net monthly household income and expenses are $4,391 and $3,141, respectively.

5. That as a result of lower expenses from a smaller household, and as a result of lower anticipated trustee payments from paying down a significant amount of debt in my prior case, I will be able to pay all mortgage payments and trustee payments on time in my new case.

6. That I have provided my attorney with copies of my tax returns and pay advices prior to filing the case.

7. That I filed my prior case and my current case in good faith and it is my intention to repay all my creditors to the best of my ability and to comply with all requirements of the Bankruptcy Court.

Signed: _____

Signed and sworn to before me, a notary public, by Readus Sago, today, October ____, 2008.

Notary Public: _____

*"OFFICIAL SEAL"*
PAULETTE M BRIDGEWATER
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXPIRES 03/18/2010